UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN DUMAS | CIVIL ACTION |
| VERSUS | NO. 20-369 |
| BP EXPLORATION & PRODUCTION, INC. ET AL. | SECTION "J"(2) |

## **ORDER**

The Court, after considering the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation (Rec. Doc. 6), and finding that as of this date no party filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that defendant's motion to dismiss (Rec. Doc. 4), is **DENIED**.

**IT IS FURTHER ORDERED** that the instant matter is hereby **TRANSFERRED** to the United States District Court for the Northern District of Florida.

New Orleans, Louisiana, this 2nd day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE